**Charles Oliver HEMPHILL, Plaintiff–Appellant,**

v.

**Anthony FARRAN; Andrew Frederick; Geraldine Miro; Michael W. Moore, Defendants–Appellees.**

No. 01–7255.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 19, 2001.

Decided Dec. 12, 2001.

Charles Oliver Hemphill, pro se. Marvin Coleman Jones, Bogoslow & Jones, Walterboro, SC, for appellees.

Before WILKINS, LUTTIG, and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

Charles Oliver Hemphill appeals the district court's order denying relief on his 42

U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Hemphill v. Farran*, No. CA–99–815–9–13–RB (D.S.C. June 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*